(104 So. 838)

### Ex parte J. Math COOK.    (4 Div. 222.)

(Supreme Court of Alabama.    June 11, 1925.)

Certiorari to Court of Appeals.

Fleming & Yarbrough, of Enterprise, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of J. Math Cook for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cook v. State, 20 Ala. App. 622, 104 So. 837.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.